1-10-18
1:00 pm

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 FEB 15 PM 1:29

STEPHAN HARRIS, CLERK
CHEYENNE

Jason H. Robinson (WSB No. 7-4845)
BABCOCK SCOTT & BABCOCK, P.C.
370 East South Temple, 4th Floor
Salt Lake City, Utah 84111
Telephone: (801) 531-7000
Facsimile: (801) 531-7060
jason@babcockscott.com

Melissa A. Beutler (*pro hav vice*)
BIG-D CONSTRUCTION CORP.
404 South 400 West
Salt Lake City, Utah 84111
Telephone: (801) 415-6042
melissa.beutler@big-d.com

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of BIG-D CORPORATION, a Utah corporation; BIG-D CONSTRUCTION CORP., a Utah corporation; and BIG-D CORPORATION, a Wyoming corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RAFTER H CONSTRUCTION, LLC, an Idaho limited liability company; FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; and DOES 1-10,<br><br>Defendants. | ANSWER TO WRIT OF GARNISHMENT FOR BANK, SAVINGS AND LOAN, CREDIT UNION, ETC.<br><br>Case No. 16CV115-J |

| |
|---|
| RAFTER H CONSTRUCTION, LLC, an Idaho limited liability company, |
| Counterclaimant, |
| v. |
| BIG-D CONSTRUCTION CORP., a Utah corporation; and BIG-D CORPORATION, a Wyoming corporation, |
| Counterdefendants. |
| RAFTER H CONSTRUCTION, LLC, an Idaho limited liability company, |
| Third-Party Plaintiff, |
| v. |
| BIG-D CONSTRUCTION CORP., a Utah corporation; Big-D CORPORATION, a Wyoming Corporation, |
| Third-Party Defendants. |

I, the undersigned, as GARNISHEE, verify and declare that the following answers are true and correct.

**QUESTION # 1:** Does the judgment debtor, individually or jointly, with any other person or entity, have on deposit with you any money in a checking account, savings account, certificate of deposit, trust or in any other form or do you have in your possession, custody or control any stocks, bonds, securities, choses in action or other personal property belonging to the judgment debtor, or in which the judgment debtor has an interest?

ANSWER: YES __X__, NO ____. If you answer is yes, describe the nature of the same:

_____ $202,084.31 _____

_____

_____.

QUESTION # 2: As garnishee, you have the right to retain or deduct out of the property, effects or credits of the judgment debtor in your hands all demands, whether or not due, against the judgment creditor or judgment debtor which you could have availed yourself if you had not been served as garnishee. Are you, pursuant to Wyo. Stat. §1-15-417(1977, as amended), retaining or deducting any property, effects or credits of the judgment debtor in satisfaction of a claim you have against the judgment creditor or judgment debtor?

ANSWER: YES ____, NO __X__. If you answer is yes, describe the nature of the same:

_____

_____

_____.

If you have money in your possession in an amount up to the amount owed on the judgment, see paragraph 1. of the WRIT, you may pay the same to this Court and by doing so you are released from further action under the garnishment. Otherwise, an order of the Court will be issued giving you directions as to what is to happen to the judgment debtor's property in your possession or under your control.

Be sure to sign and date this form. You can personally deliver the answer to the Court or mail the answer to

3

UNITED STATES DISTRICT COURT OF WYOMING
2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001-3658

Copies your ANSWER should also be delivered to the following:

Jason H. Robinson
BABCOCK SCOTT & BABCOCK, P.C.
370 E. South Temple, 4th Floor
Salt Lake City, Utah 84111
*Attorneys for Plaintiffs*

Stephanie M. Renegold
Richard C. Boardman
Christine M. Salmi
PERKINS COIE LLP
1111 West Jefferson Street, Suite 500
Boise, Idaho 83702-5391
*Attorneys for Defendant*
*Rafter H Construction, LLC*

Donald F. Carey
Lindsey R. Romankiw
CAREY PERKINS LLP
980 Pier View Drive, Suite B
P.O. Box 51388
Idaho Falls, Idaho 83402-4918
*Attorneys for Defendant*
*Fidelity & Deposit Company of Maryland*

DATED: 2/12/18 .

U.S. Bank
, Xy V.
877-247-9468

_____
Garnishee/Company Name

_____
Signature

Amount enclosed, if any:
$ 202,064.31 .

4